UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-06791-AB-KS | Date: | November 15, 2023 |
|---|---|---|---|

| Title: | Healthcare Ally Management of California, LLC v. Aetna Life Insurance Co. et al. |
|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):

None Appearing                              None Appearing

**Proceedings:** [In Chambers] ORDER TO PLAINTIFF TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION

The Scheduling Order set a Pretrial Conference for November 17, 2023, and deadlines to file mandatory pretrial filings on October 27, 2023 and November 3, 2023. *See* Order (Dkt. No. 24). As of the date of this order, no such documents have been filed, nor have the parties filed anything indicating why no documents have been filed.

Although all parties—and the Court—are responsible for the timely progress of a case, a plaintiff, as the party who filed an action, bears the primary responsibility for ensuring compliance with deadlines that apply to them. The Court therefore **ORDERS** Plaintiff to show cause why this case should not be dismissed for lack of prosecution given the parties' failure to file the required trial documents by the deadlines.

  An appropriate response may include a Notice of Settlement, or a declaration explaining why the documents were was not filed along with a Stipulation of the parties and a Proposed Order to reset the trial dates.

  **Plaintiff's Response must be filed by <u>November 16, 2023, 12:00 p.m</u>. If no response is filed by that time, the case will be dismissed without further notice.**

  **IT IS SO ORDERED**.