# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:   2:22-cv-06791-AB-KS | Date:   November 16, 2023 |

| | |
|---|---|
| Title: | *Healthcare Ally Management of California, LLC v. Aetna Life Insurance Co. et al.* |

**Present: The Honorable   ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:     [In Chambers] ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

The Court ordered Plaintiff to show cause why this case should not be dismissed for lack of prosecution given the parties' failure to file any mandatory pretrial filings. *See* OSC (Dkt. No. 35). Plaintiff had until November 16, 2023, 12:00 p.m. to respond. The Court also advised Plaintiff that if no response is filed by that time, the case will be dismissed without further notice. As of the date of this Order, Plaintiff has not responded to the OSC.

Accordingly, the Court **DISMISSES without prejudice** this entire action.

**IT IS SO ORDERED**.